Joel R. Weiner (SBN 139446)
joel.weiner@katten.com
Shelby Palmer (SBN 329450)
shelby.palmer@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants
Universal Studios Company LLC,
Bob Gale and Robert Zemeckis

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JESSE LEE VINT III | Case No. CV 20-6787-GW-MRWx |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| UNIVERSAL STUDIOS COMPANY, LLC MAX BAER JR., ROGER CAMRAS, BOB GALE, ROBERT ZEMECKIS *and* DOES 1-100, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | **JUDGMENT** |
| 2 | Pursuant to this Court's Order entered on April 29, 2021 (Docket No. 39) |
| 3 | granting Universal Studios Company LLC, Bob Gale, and Robert Zemeckis's Motion |
| 4 | to Dismiss plaintiff's Second Amended Complaint without leave to amend as to all |
| 5 | claims and defendants, IT IS ORDERED AND ADJUDGED that this action is |
| 6 | DISMISSED WITH PREJUDICE in its entirety. Plaintiff shall take nothing for his |
| 7 | action against defendants, and defendants are entitled to judgment of dismissal in their |
| 8 | favor. |
| 10 | The Court ORDERS that such judgment for defendants be entered. |
| 12 | Date: May 10, 2021 |
| 13 | HON. GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

1